CONSTANTINE SPATHIS, Respondent, v ALINA DULIMOF-SPATHIS, Appellant.

Submitted July 15, 2013; decided October 15, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the April 2012

914

Supreme Court order, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.